UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | |
| JACOB BEACHER | : | Mag. No. 24-10114 |
| | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Benjamin Levin, Assistant U.S. Attorney, appearing), and defendant Jacob Beacher (Jonathan F. Marshall, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A).

2. This Court granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a.    Pre-indictment discovery that the United States intends to voluntarily produce to the defendant involves materials that defense counsel requires adequate time to review.

   b.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

   c.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

   d.    Consequently, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 70 days from June 22, 2024 through August 30, 2024; and it is further

ORDERED that the period from June 22, 2024 through August 30, 2024 shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
Hon. Michael A. Hammer
United States Magistrate Judge

Dated: June 11, 2024

Form and entry consented to:

_____
Benjamin Levin
Assistant U.S. Attorney

*s/R. Joseph Gribko*
R. Joseph Gribko
Deputy Chief, Civil Rights Division

*s/Jonathan F. Marshall*
Jonathan F. Marshall, Esq.
Counsel for defendant Jacob Beacher